

Adela: Quintana
Injured Third Party Intervenor,
726 MT Stakes Court
Newman, California
Zip Code Exempt
[DMM 122.32] as amended

**District court for the United States
In Care of THE UNITED DISTRICT COURT
DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **ADELA QUINTANA** ) | MISC # |
| Sramineus Homo, US Vessel ) | Within the Admiralty |
| **Libellant,** ) | |
| ) | **CV 08 0382** |
| v. ) | |
| ) | |
| BANK OF AMERICA, US Vessel ) | |
| DOES, ROES, and MOES 1-100 et al, ) | **PETITION FOR** |
| US Vessel sand ) | |
| ) | **LIBEL OF REVIEW** |
| **Libellees,** ) | |
| _____ ) | **OF AN** |
| Adela: Quintana ) | |
| Lien Holder of the Vessel, the Real Party ) | **ADMINISTRATIVE JUDGMENT** |
| In Interest, Lawful Man ) | |
| **Injured Third Party Intervener/Petitioner/** ) | |
| Libellant , ) | |
| ) | |
| v. ) | |
| ) | |
| BANK OF AMERICA, U.S. Vessel, ) | |
| DOES, ROES, and MOES 1-100 et al ) | |
| **US VESSELS** ) | |
| **INDIVIDUALLY AND SEVERALLY** ) | |
| **Third Party Defendants/Libellees** ) | |
| _____ ) | |

COMMERCIAL AFFIDAVIT IN FACT

FOR AND ON THE RECORD:

THE COURT TAKES JUDICIAL NOTICE WITHIN THE ADMIRALTY OF THE SUM

CERTAIN OF THE FACTS AND STATEMENTS HEREIN

**JURISDICTION**

   COMES NOW Claimant/Libellant, Adela: Quintana, an injured party, hereinafter referred to as the
Claimant, without counsel, by Restricted, Special Appearance, pursuant to Special Procedures in
Admiralty, Rule E (8), and at no time waives any protections within the Admiralty, filing this Petition, for
Judicial Review of an Administrative Judgment pursuant to Rule 57 FRCP.

1

Pursuant to **TITLE 28;  PART VI; CHAPTER 151 § 2201**

**§ 2201. Creation of remedy**

**a**. In a case of actual controversy within its jurisdiction.

A.    28 USC § 1331; There is a Federal question.

B.    28 USC § 1332; Diversity of Citizenship.

C.    28 USC § 1333; Admiralty, Maritime, savings to suitors.

D.    28 USC § 1337; Commerce.

1.    Claimant petitions this court for a **Review of Foreign Judgment** documents entered into the Miscellaneous # .

2.    This Court is an Admiralty Court and the injured party, petitioner/Claimant sets this action and files this action with the Court Clerk "within the admiralty" pursuant to Special Procedures in Admiralty #Rule E (8), and is appearing in Restricted Appearance.

3.    Libellee(s)/Respondent(s) have made false claims and this Libel of Review and Notice of Lis Pendens are now in the "original exclusive cognizance" of the United States through the district court - see the First Judiciary Act of September 24, 1789, Chapter 20, page 77.

4.    Jurisdiction, in international law and according to the law of the land, agents of a foreign principal are required to file any pretended claim in the appropriate district court prior to exercising rights to that claim. The district courts have "exclusive original cognizance" of all inland seizures and this includes vessels in rem (Rule C (3)) such as trust organizations and legal names, Ens legis; ADELA QUINTANA.

5.    Petitioner Adela: Quintana, Libellee, BANK OF AMERICA and Co-Parties DOES, ROES,  and MOES 1-100 et al, ... within their respective districts, as well as upon the high seas; (a) saving to suitors, in all cases, the right of a common law remedy, where the common law is competent to give it; and shall also have exclusive original cognizance of all seizures on land,..." The First Judiciary Act September 24 1789 Chapter 20, page 77. The Constitution of the United States of America, Revised and Annotated - Analysis and Interpretation - 1982; Article III, §2, Cl. 1 Diversity of Citizenship, U.S. Government Printing Office document 99-16, p. 741 and 26 USC        1331.

6.    Petitioner Adela: Quintana, unknown BANK OF AMERICA agents," ... within their respective districts, as well as upon the high seas; (a) saving to suitors, in all cases, the right of a common law remedy, where the common law is competent to give it; and shall also have exclusive original cognizance of all seizures on land,..."

4.      The First Judiciary Act; September 24, 1789; Chapter 20, page 77. The Constitution of the United States of America, Revised and Annotated - Analysis and Interpretation - 1982; Article III, §2, Cl. 1 Diversity of Citizenship, U.S. Government Printing Office document 99-16, p. 741 and 26 USC 1331.

5.      This fact of protocol - filing a claim in district court according to international law - is beyond dispute and extends into antiquity:

> "Meanwhile those who seized wreck ashore without a grant from the Crown did so at their peril." Select Pleas in the Court of Admiralty, Volume II, A.D. 1547-1602; Introduction - Prohibitions, Note as to the early Law of Wreck, Selden Society, p. xl, 1897.

6.      The Constitution for the United States recognizes the protocol: i.e.,

ART. III
Section 2. The judicial power shall extend to all cases, in law and equity, arising under this Constitution, the laws of the United States, and treaties made, or which shall be made, under their authority;--to all cases affecting ambassadors, other public ministers and consuls;--to all cases of admiralty and maritime jurisdiction;--to controversies to which the United States shall be a party;--to controversies between two or more states;--between a state and citizens of another state;--between citizens of different states;--between citizens of the same state claiming lands under grants of different states, and between a state, or the citizens thereof, and foreign states, citizens or subjects.

7.      Libellee(s), Unknown BANK OF AMERICA Agent(s) are agent(s) of a foreign principal, a "foreign state" defined at Title 28 of the United States Codes §1603, and Title 22 U.S.C. §611.

8.      The district court for the District of California, Northern Division, has acquired exclusive original cognizance of this Libel of Review for the United States because this is a federal question - a constitutional matter involving a man on the land complaining about theft and kidnap - Title 18 U.S.C. §§ 661 and 1201 respectively and irregular extradition from the asylum state into the United States custody, treason - Constitution, Article III §3 and Title 18 U.S.C. §2381 by an agent of a foreign principal, creating diversity of citizenship - Title 28 U.S.C. §§1331 and 1333 respectively. The presentments (notification) are arbitrary and capricious clearly implying that if Petitioner fails to comply with the suggested terms there will be "law enforcement" actions by way of inland seizure. Speaking historically, the districts, formed in 1790 for handling the financial obligations of the United States could not come into existence until after formal expression of remedy in the 'saving to suitors' clause (1789) quoted above and codified at Title 28 U.S.C. §1333.

9.      The only excuse for the discretionary authority granted administrative agencies is the judicial oversight demonstrated in this invocation of an Article III court.

10. Law of the flag: Man is created in the image of God and to reduce a man to chattel against the national debt is an affront to God. Exodus, 13:16 and Genesis 1:27.

11.     All Court Officers are not immune "within the Admiralty", and are accountable for their

3

actions pursuant to The FOREIGN SOVEREIGN IMMUNITY ACT 28 U.S.C. § 1605. Any foreign sovereigns are liable for damages while doing business in the United States. This provision has application since the foreign sovereign – the judges, clerks, etc. – operate on the behalf of a defacto foreign fiction government. Officials are liable for the damages that they commit while doing business in the country.

12.    This court is open for admiralty issues and in this instant action. It is a debt obligation and insurable interests that are issues in admiralty.

13. This action of the injured party, petitioner/libellant/Claimant is protected pursuant to the Suits in Admiralty Act, 46 U.S.A. Codes, Appendix, Chapter 20 §§ 742-749.

14.    THE SUITS IN ADMIRALTY ACT is a law where the United States and its co-parties specifically waives its immunity in three situations: (1), If the Admiralty suit involves a vessel of the United States (Man's body is named in the action), (U.S. citizen Vessel) (Name in all upper case of the vessel) and (2), Cases that involve cargo belonging to the U.S. and its co-parties. Within the context of this instant action, when the cargo [the paperwork, or lawsuit] of the United States and its co-parties harms us, the United States gives us a blanket waiver of immunity, or (3), if the United States could be sued in the Admiralty if it were a private party, if we are going into an international jurisdiction, (a set aside, fenced territory) every time we go into the Court, we are entitled to sue the United States and its co-parties in the Admiralty as if it were a private party. The cargo is the docket file and the lawsuit and Clerks/Warrant Officers and Judges/Masters are not immune if the cargo is not directed into the Admiralty Court.

15.    In this instant action all parties are U.S. VESSELS and fit the legal definition of a U.S. Vessel.

16.    The Court Officers/ Master/ Mariners are liable if they mislead/mis-deliver this action into the wrong Court and the law provides for criminal penalties for compliance failures.

17. The Public Vessels Act is applied in this instant action and waives the Court Officer's Immunities pursuant to Title 46 U.S.C. Ch. 22 § 781 and The Bills of Lading Act, Title 49 U.S.C., Ch. 147 § 14709, Title 49 U.S.C. Chapter 801 § 80113.

18.    The cargo is shipped via the U.S. Postal Service and all parties are subject to the Postal Codes in this instant action.

19.    The Bills of Lading Act includes a criminal penalty because the losses suffered by the customers of the shippers can be very great. I use a Bill of Lading/Petition/Complaint in all of my lawsuits. This presentment fits the criteria for a Bill of Lading, meeting all the facts enclosed in any Bill of Lading. The Bill of Lading describes the cargo (the lawsuit), and tells the Court Clerk

4

to carry the suit into the Admiralty Jurisdiction of the Court. The Clerk is a PUBLIC VESSEL and the CARRIER, being a vessel of the United States and its co-parties. This Bill of Lading identifies the cargo as the lawsuit, by describing the suit's postal registry number, which is Registered Mail # RA465343615 US.

20.    The Bill of Lading creates a liability for which the damaged party can recover in a suit if the documents are diverted into another venue. If a carrier is found wanting in due diligence concerning the delivery of the cargo, the liability attaches at the time of the diversion of the documents. The Bill of Lading therefore takes away the immunity of Clerks/Warrant Officers and Judges/Masters, if the cargo is not delivered into the Admiralty Court, and adds criminal penalties for compliance failures. <u>Title 49 U.S.C., Ch. 801 § 80116.</u>

21.    The <u>Admiralty Extension Act, Title 46 U.S.A. Appendix, Ch 19-A § 740,</u> extends the admiralty jurisdiction inland. All states by law have access to the sea. Therefore any land locked country has an easement, so to speak, across other countries in order to get to the sea. All states have an admiralty jurisdiction in all of their courts.

## RESTRICTIONS

24. The Libellee/Respondents were. estopped by the "<u>DOCTRINES OF ESTOPPEL</u>" by "<u>AGREEMENT/CONTRACT</u>" and by "<u>ESTOPPEL BY ACQUIESCENCE</u>". The Third Party Libellees/Defendants were forever barred from arguing and controverting the   issues   of   the "<u>CONTRACT/CLAIMS</u>" and are bound strictly in their prove up of their response by Affidavit, point for point, under their unlimited liability Commercial Oath and Verification, "within the Admiralty". Failure in confining their position and submissions, oral or written, before this court finds them in Commercial Trespass and Breach of their Contract. This AGREEMENT/CONTRACT is protected pursuant to <u>US Constitution, Article 1 Section   10,</u> and the <u>D.C. Codes</u> in regarding "<u>THE IMPAIRMENT OF CONTRACTS</u>".

25. The Libellees/Respondents have received Notice of Default, and therefore, is they make or have made a hostile presentment before this court, in writing, they are subject to the provisions of <u>F.R.C.P. RULE 9 (h), leading to the Supplements of the Rules of Admiralty,</u> which provides for those who are found in Trespass after a Default are subject to a Certificate of Exigency, which is filed with the Clerk of the Court/Warrant Officer, for an immediate warrant for their arrest.

## FACTS

a)    The injured party petitioner/libellant/Claimant, exhausted his Administrative Remedy and served the Libellee/Respondent, BANK OF AMERICA, a Conditional Acceptance of their claim upon    submitting Proof of claim.

b)    The injured party petitioner/libellant/Claimant served, in Honor, a Letter Rogatory to

show their documents of their claim.

c)    The injured party petitioner/libellant/Claimant served an Affidavit, by this injured party declaring, Affiant had not seen or been presented with any material fact or evidence of a claim and believed none exists.

d)    The above three (3) documents were served by First Class U.S. Mail, Certified Mail # 7005 3110 0000 2345 2764, Return Receipt Requested on the Libellee/Respondent, BANK OF AMERICA on July 14, 2007 by Maria De Jesus Cervantes a Notary Public of the State of California, an independent third party.

e)    The respondent received the documents on July 25, 2007 ad indicated by the US. Postal Service Tracking Number.

f)    Respondent was given the mandatory 3 days to respond, not including the day of receipt, and 3 additional days for mailing their reply.

g)    The time expired on August 1, 2007 with no response from the Respondent.

h)    On or before August 6, 2007, a NOTICE OF FAULT – OPPORTUNITY TO CURE was served by First Class U.S. Mail, Certified Mail # 7005 3110 0000 2345 3174, Return Receipt Requested on the Libellee/Respondent, BANK OF AMERICA by Maria De Jesus Cervantes, a Notary Public of the State of California, an independent third party.

i)    Respondent was given the mandatory 3 days to respond, not including the day of receipt, and 3 additional days for mailing their reply.

j)    The time expired on August 14, 2007 with no response from the Respondent

k)    On or before August 21, 2007, a NOTICE OF DEFAULT an DERTIFICATE OF DISHONOR, by NOTORIAL PROREST, was served by First Class U.S. Mail, Certified Mail # 7006 3450 0001 2034 9473, Return Receipt Requested on the Libellee/Respondent, BANK OF AMERICA by Maria De Jesus Cervantes, a Notary Public of the State of California, an independent third party.

l)    On August 21, 2007, the Libellee/Respondent, BANK OF AMERICA was sent an INVOICE    and NOTICE FOR DEMAND AND SETTLEMENT FOR CLOSING OF THE ESCROW by Certified Mail # 7006 3450 0001 2034 9473..

m)    The respondent received the documents; INVOICE and NOTICE FOR DEMAND AND SETTLEMENT FOR CLOSING OF THE ESCROW on August 28, 2007

n)    Libellee/Respondent, BANK OF AMERICA was given 30 days for Settlement and for Closing of the Escrow.

0)    The 30 days expired on October 3, 2007 without a response from the Libellee/Respondent BANK OF AMERICA.

p)    The Libellees/Respondents failed to respond and answer and are in Collateral Estoppel, Tacit Procuration, Stare Decisis, Estoppel, by Acquiescence and Res Judicata by Agreement and cannot proceed, Administrative or Judicial without committing perjury and causing further injury to the injured party petitioner/libellant/Claimant

q)    The Libellees/Defendants can not obtain a dismissal or summary judgment without sworn

6

competent witness testimony and can not do so because they are estopped by their own actions and inactions and any attempts to appear are a hostile presentment before this Court and are further culpable.

r)      There is no controversy from any party that stands, and this Court is mandated to enforce the Agreement/Contract and grant the relief as sought in the Accounting and True Bill, or they are found in violation of the impairment of contracts pursuant to <u>Article 1, § 10 of the United States Constitution</u> and the <u>D.C. Codes</u> <u>IN FACT,</u> and that;

s)      If the court attempts to dismiss the injured party petitioner/libellant/Claimant's claim, it is a VOID JUDGMENT pursuant to FRCP 60 (b)(4) STATEMENTS OF COUNCIL IN BRIEF OR IN ARGUMENT ARE NOT SUFFICIENT FOR **A MOTION TO DISMISS OR FOR SUMMARY JUDGMENT** <u>Trinsey V. Pagliaro D.C. Pa (1964), 229 F. Supp 647</u> for lack of subject matter jurisdiction and judicial misconduct and Scienter Criminal Act without immunity.

t)      Any attempts by anyone to trespass the injured third party petitioner/libellant, intervenor's claim Agreement/Contract is committing Criminal Barratry and Piracy on the high seas of Admiralty law.

u)      The injured the injured party petitioner/libellant/Claimant's holds a priority commercial claim against the debtor named ADELA QUINTANA , Stramineus Homo, A U.S. Vessel by legal definition, and no one has an insurable interest other than the injured the injured party petitioner/libellant/Claimant.

v)      Because the claim is filed on parties within an insolvent state and nation, there is an insurance interest issue in this instant action and that Unknown Agents dbf BANK OF AMERICA, US VESSEL, have insured this case and/or bonded under their Errors and Omissions Insurance Policy; they are found in insurance fraud, mail fraud, wire fraud, and conspiracy   to   commit such, and undue enrichment, fraud, and numerous other Scienter Acts, including, but not limited to, Continuous Torts.

w)      The risk management for the BANK OF AMERICA  is under notice that there is continuous irreparable harm and damage to the injured party petitioner/libellant/Claimant's and the bonds and   insurance   in   this   instant   action   belong   to   the   injured      the   injured   party petitioner/libellant/Claimant's, and the substitute plaintiff trustee/third party co-Libellee Agents, US VESSEL are the obligated party(ies) and do surrender their Public Hazard Bond and risk management  by taking such risks in promulgating this instant action in bad faith and fraud and causing an injury in the Public.

x)      The injured party petitioner/libellant/Claimant' is the Holder in Due Course of the US Vessel and its Trade Name by security agreement.

y)      The court takes JUDICIAL NOTICE that the conclusive evidence is entered into evidence before the court attached to this pleading as though fully incorporated thereof and is found under the heading: ADMINISTRATIVE REMEDY.

z)      The court takes JUDICIAL NOTICE that the conclusive evidence is now entered into Miscellaneous #   and submitted to this court and attached to this pleading and is found under the heading ADMINISTRATIVE REMEDY, which is conclusive evidence that the Injured Third Party

Intervenor/Libellant is the superior lien holder of the US VESSEL and   TRADE NAME registered as
ADELA QUINTANA.

## CONCLUSION

1.      That the Injured Party/Libellant is demonstrating to this court that he holds in due course
the conclusive evidence perfected in Administrative Law that without a doubt or reservation he is
the holder in due course of the CLAIM/AGREEMENT/CONTRACT and holds the BOND pursuant to the
Uniform Commercial Code.

2.      The Third Party Defendants/Libellees failed to state a claim by which relief can be
granted  pursuant to FRCP 12 (b) (6).

3.      Failure of this court to enter and execute DECLARATORY JUDGMENT BY
ESTOPPEL in favor of Injured Third Party Intervenor/Libellant is a denial of due process and
equal access to justice and creates another injury in the public and enlarges the SUM CERTAIN
an amount to be determined by a jury, compensatory and punitive..

## RELIEF SOUGHT

A.      That the AGREEMENT/CONTRACT be enforced as the third party/defendants/libellees
are in trespass and violation of the AGREEMENT/CONTRACT and have failed to state a claim
upon which relief can be granted.

B.      That the Court enforce the Administrative findings in the perfected agreement and the
order of relief by enforcement of the Agreement/Contract and the accounting and true bill found
in the INVOICE for injury against and sustained by the injured third party petitioner/libellant,
intervenor; compensatory damages and punitive damages pursuant to CLEOPATRA HASLIP et al. v.
PACIFIC MUTUAL LIFE INSURANCE, INC. 499 U.S.1, 113; Fed 2d 1, 111 § 1032, with a sum certain
of $25,855,032.00.00 USD, to be paid in full by the third        party libellees by November 10, 2007.will
apply  to  original  Libellees  and  any  other  DOES,  ROES  and  MOES  who  trespass  the
AGREEMENT/CONTRACT JUDGMENT BY ESTOPPEL.

C.      That the court order, cancels any and all liens that BANK OF AMERICA has recorded
against  ADELA QUINTANA, US CESSEL, of derivatives of the Eng Legis, thereof at the Maricopa
County Recorder and/or the California Secretary of State, UCC Section.

D.      That the court order a Data Integrity Board and Comptroller of the Currency
Investigation pursuant to 5 U.S.C. 552(a)(d) for this instant action.

E.      That the Court Clerk/Warrant Officer enforce any Certificates of Exigency for any and all
hostile presentments appearing in this court, written or oral, after the default found in the
Administrative Law Process, is a Criminal Act, and a Certificate of Exigency is filed with the

warrant officer/court clerk, which mandates a warrant of arrest for all parties now found in criminal acts according to the provisions "within the admiralty."

      F.       Any other relief deemed appropriate by this Court.

And further Affiant Sayeth Naught

By _Adela A Quintana_, affiant
        Adela: Quintana

## COMMERCIAL OATH AND VERIFICATION

Stanislaus County        )
                    )        Commercial Oath and Verification
State of California      )

Libellant, Adela: Quintana, under his Commercial Oath with unlimited liability proceeding in good faith, being of sound mind states that the facts contained herein are true, correct, complete, certain and not misleading. I speak the truth, the whole truth and nothing but the truth so help me God.

                _Adela A Quintana_
                Adela: Quintana, Creditor/Libellant/Affiant

_Certified Copy_
_01-18/2008_

---

### ACKNOWLEDGMENT

State of California
County of _Solano_ )

On _January 18 · 2008_ before me, _Maria de Jesús Cervantes, Notary Pub.,_
                        (insert name and title of the officer)

personally appeared _ADELA ANDRADE QUINTANA_
who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

Signature _____ (Seal)

MARIA DE JESUS CERVANTES
Commission # 1589931
Notary Public - California
Solano County
My Comm. Expires Jun 25, 2009

Conditional Acceptance
Adela Quintana
Escrow Number 74536215
Certified Mail Number 7005 3110 0000 2345 2764
Adela Quintana
c/o 726 MT Stakes Court
Newman, California
Zip Code Exempt
[DMM 122.32] as amended

BANK OF AMERICA
P.O. BOX 21848
GREENSBORO, NC 27420-1848

JULY 14, 2007

# NOTICE

## CONDITIONAL ACCEPTANCE

### Administrative Procedures Act, 5 USC § 552a seq.

When determination of the constitutional issue depends on factual determinations, they should be made first by the administrative officials who are especially equipped to inquire, in the first instance, into the facts." Roadway Express v Kingsley, 179 Atlantic 2d 729, 732.

### ADMINISTRATIVE PROCESS

"Held, that the constitutionality of an agency's procedure may be challenged in a judicial reviewing court without first challenging in the agency and without first exhausting administrative remedies on the questions." Mathews v Eldridge, 424 US 319 (1976)

However, Claimant believes that because it is a sharp departure from previous law and in certain respects, contrary to the clear words before it, Claimant has exhausted his administrative remedy, as the historical holdings are clearly cut as to demanded procedure.

"Administrative exhaustion is demanded where constitutional challenge is to the statute as applied by   the agency". Matters v City, 219 NW2d 718

"Where the challenge is to the statute administered, the exhaustion requirement does serve a useful purpose. The courts should not rule that a statute is unconstitutionally administered when the        available     avenues of administration has not been explored." Metcalf v Swank, 444 F.2d 1353, 1357    (7th Cir            1971), vacated on other grounds, 406 US 1114 (1972)

"When determination of the constitutional issue depends on factual determinations, they should be made first by the administrative officials who are especially equipped to inquire, in the first instance,    into the facts." Roadway Express v Kingsley, 179 A.2d 729, 732

### HISTORY OF CASE DEMANDS ADMINISTRATIVE PROCESS

Conditional Acceptance
Adela Quintana
Escrow Number 74536215
Certified Mail Number 7005 3110 0000 2345 2764

An Administrative process is vital on this matter as Claimant became an aggrieved party suffering legal wrongs. No administrative hearing or record of facts, of the matter for review, or issues for review were extant. Claimant has now been heard and has exhausted his Administrative Remedy.

Before a matter may be reviewed, a record of the Administrative Remedy proceedings must be established on the record.

The question now becomes; is BANK OF AMERICA an agency of government?

Pursuant to 31 CFR 202.0, it is stated, that any bank that deals in public money, the bank is actually an agency of the UNITED STATES, meaning the bank must comply with 5 USC 552a just like any other governmental agency.

*Davis vs. Elmira Savings,* 161 U.S. 275, at 283 (1896) "National banks are instrumentalities of the Federal Government, created for a public purpose, and as such necessarily subject to the paramount authority of the United States." *Anderson National Bank vs. Luckett,* 321 U.S. 233, at 252 (1943 *Marquette National Bank vs. First of Boston,* 439 U.S. 308 (1978)

## INSTRUMENTALITY RULE

"Under this rule, corporate existence will be disregarded where a corporation (subsidiary) is so organized and controlled and its affairs so conducted as to make it only an adjunct and instrumentality of another corporation (parent corporation), and parent corporation will be responsible for the obligations of its subsidiary.

The so-called "instrumentality" or "alter ego" rule states that when a corporation is so dominated by another corporation that the subservient corporation becomes a mere instrument and is really indistinct from controlling corporation, then the corporate veil of dominated corporation will be disregarded, if to retain it results in injustice." Black's Law Dict., Abridged Sixth Edition

Adela Quintana is attempting to settle the disputed claim that BANK OF AMERICA purports to have in the transaction involving BANK OF AMERICA'S Account Number 6262574776 between BANK OF AMERICA and Adela: Quintana.

## CONDITIONAL ACCEPTANCE

Therefore; I, Adela: Quintana, do hereby conditionally accept the purported loan under BANK OF AMERICA'S Account Numbers 6262574776.

The presenter, BANK OF AMERICA, drafting the undersigned to "AFIRM A DEBT", does NOT constitute a claim of a debt owing.

Said document, Unsigned, apparently, no one having the standing to either validate the debt or make any claims issued by the LOAN STATEMENT.

Since the 'LOAN STATEMENT', BANK OF AMERICA;S ACCOUNT NUMBER 6262574776, hereinafter referred to as; 'LOAN STATEMENT', were unaccompanied by an affidavit, by alleged 'claimant' attesting it as true, correct, complete, and not misleading. Said 'LOAN STATEMENT' are stamped and conditionally accepted and attached hereto as Exhibit A -1.

Conditional Acceptance
Adela Quintana
Escrow Number 74536215
Certified Mail Number 7005 3110 0000 2345 2764

Please take notice of the Conditionally Accepted attachment hereto, affixed as Exhibit A-1, which appear to be an unsubstantiated attempt to affirm the existence of a 'debt' in the absence of a certificate of claim, indicating the charges will be honored upon BANK OF AMERICA'S production of evidence that there is a dispute as to certain facts, as the undersigned has no knowledge as to why a corporation would proceed with the knowledge that (1) insufficient notice of a debt owing was provided; (2) exculpatory and material evidence, in the possession of a party to the action, is excluded from consideration because the party was NOT noticed of a hearing date, and was prevented from requesting a certificate of claim from the alleged injured or damaged party, (3) no sufficient process of service was received, and agents of BANK OF AMERICA sent documents through the U.S. MAILS without conducting the mandatory inquiry prescribed by law. The undersigned, further, is unaware of having any contract with the 'Plaintiff in the instant action, or of presenting the plaintiff with any information which would enable the plaintiff to testify upon personal knowledge, and which would eliminate 'Plaintiffs' collusion to enable unjust enrichment via fraud. Therefore, the following terms are requested before the undersigned can determine whether or not to subordinate the undersigned's priority lien in favor of an unsubstantiated claim.

The conditions, which require satisfaction, prior to full acceptance, are:

1.    Proof of claim that Adela Quintana is obligated to perform to your demands.

2.    Proof of claim that Adela: Quintana is the party receiving the value alleged as exchanged.

3.    Proof of claim that Adela: Quintana and BANK OF AMERICA had a meeting of the minds regarding the waiver of notice of protest.

4.    Proof of claim that Adela: Quintana voluntarily waived notice of protest.

5.    Proof of claim that Adela: Quintana was notified of a dishonor.

6.    Proof of claim that the "LOAN STATEMENT" are not an attempt to defraud said party in order to avoid conducting a costly investigation for the truth.

7.    Proof of claim that the charges delineated in the "LOAN STATEMENT", aren't an attempt by an agent of a defrauding party to assign blame for an act NOT committed by the purported 'debtor', in order to avoid conducting the inquiry mandated by law.

8.    Proof of claim that the charges delineated in the "LOAN STATEMENT", isn't an attempt by an agent of a defrauding party without first hand knowledge, and upon hearsay, to presume the undersigned owes a debt.

9.    Proof of claim that Adela: Quintana received goods, services, or other benefits from the true creditor, for whom you, BANK OF AMERICA, purport to be.

10.   Proof of claim that BANK OF AMERICA can and is willing to produce the original instrument contract Adela: Quintana is alleged to have created that makes him liable.

11.   Proof of claim that BANK OF AMERICA can and is willing to demonstrate the original instrument, which Adela: Quintana is alleged to have created, has not been endorsed over to other parties   each time, if said instrument has changed hands.

12.   Proof of claim that the original instrument, which Adela: Quintana is alleged to have created has not been endorsed over to a GSE (Government Sponsored Enterprise).

13.   Proof of claim that BANK OF AMERICA or BANK OF AMERICA'S attorneys do not know or cannot discover that the application Adela: Quintana is alleged to have created, isn't a security agreement.

Conditional Acceptance
Adela Quintana
Escrow Number 745.36215
Certified Mail Number 7005 3110 0000 2345 2764

14.   Proof of claim that Adela: Quintana's signature is on the original instrument Adela: Quintana is alleged to have created.

15.   Proof of claim that BANK OF AMERICA or BANK OF AMERICA'S attorneys do not know or cannot discover that the amount limit on the application isn't a line of credit.

16.   Proof of claim that BANK OF AMERICA or BANK OF AMERICA'S attorneys do not know or cannot discover that the amount limit on the application isn't the amount of the bond behind the security.

17.   Proof of claim that BANK OF AMERICA or BANK OF AMERICA'S attorneys do not know or cannot discover that the amount limit on the application isn't a line of credit, indicating that a third party is prepared to guarantee the 'applicant' is good for up to that amount.

18.   Proof of claim that BANK OF AMERICA or BANK OF AMERICA'S attorneys do not know or cannot discover that the bond underwrites the creation of the funds.

19.   Proof of claim that BANK OF AMERICA or BANK OF AMERICA'S attorneys do not know or cannot discover that the amount limit on the application doesn't provide a blank check up to the credit limit.

20.   Proof of claim that BANK OF AMERICA or BANK OF AMERICA'S attorneys do not know or cannot discover that the amount limit on the application doesn't provide a blank check up to the credit limit, which BANK OF AMERICA can use whatever the 'applicant' does not' use'.

21.   Proof of claim that BANK OF AMERICA or BANK OF AMERICA'S attorneys do not know or cannot discover that the amount limit on the application doesn't provide a blank check up to the credit limit, which BANK OF AMERICA uses for investments on return.

22.   Proof of claim that BANK OF AMERICA or BANK OF AMERICA'S attorneys do not know or cannot discover that BANK OF AMERICA isn't the trustee on the account.

23.   Proof of claim that BANK OF AMERICA or BANK OF AMERICA'S attorneys do not know or cannot discover that BANK OF AMERICA does not profit from the signature of the security agreement.

24.   Proof of claim that BANK OF AMERICA or BANK OF AMERICA'S attorneys do not know or cannot discover that BANK OF AMERICA does not profit from the investments on the secured line of credit 'granted' by the application.

25.   Proof of claim that BANK OF AMERICA or BANK OF AMERICA'S attorneys do not know or cannot discover that BANK OF AMERICA does not profit from the signature of the security agreement.

26.   Proof of claim that BANK OF AMERICA or BANK OF AMERICA'S attorneys do not know or cannot discover that the merchandise is merely the premium to induce the purchase of the debt.

27.   Proof of claim that BANK OF AMERICA or BANK OF AMERICA'S attorneys do not know or cannot discover that if the application Adela: Quintana is alleged to have created, is produced, that the party possessing said instrument, isn't required to give up the line of credit.

28.   Proof of claim that BANK OF AMERICA or BANK OF AMERICA'S attorneys do not know or cannot discover that if the application Adela: Quintana is alleged to have created, is produced, that the party possessing said instrument, isn't still using the line of credit, while BANK OF AMERICA is demanding payment.

Conditional Acceptance
Adela Quintana
Escrow Number 74536215
Certified Mail Number 7005 3110 0000 2345 2764

29.  Proof of claim that BANK OF AMERICA or BANK OF AMERICA'S attorneys do not know or cannot discover that the BANK OF AMERICA isn't required to provide Adela: Quintana with the amount Adela: Quintana has paid in, to date.

30.  Proof of claim that BANK OF AMERICA or BANK OF AMERICA'S attorneys do not know or cannot discover that BANK OF AMERICA cannot admit that Adela: Quintana has paid something to BANK OF AMERICA, to date.

31.  Proof of claim that Adela: Quintana willingly and knowingly accepted, or intended to accept extraordinary admiralty benefits for which you, your agency, or anyone at your agency, purport to collect.

32.  Proof of claim that the BANK OF AMERICA is prepared to identify the true creditor.

33.  Proof of claim that the 'claims' made by BANK OF AMERICA is predicated upon the verified claims of the true creditor 'claimant', as true, correct, complete, and not misleading.

34.  Proof of claim that the 'claims' made by the BANK OF AMERICA is predicated upon the verified claims of the true creditor 'claimant', and not the presumptions of the collection agent, unless said agent verifies that he/she can validate the ' claims' as true, correct, complete, and not misleading, under his/her/its full commercial liability.

35.  Proof of claim that the purported protest assessed against the party allegedly in dishonor, was predicated upon something other than said dishonor.

36.  Proof of claim that the purported protest assessed against the party allegedly in dishonor, was predicated upon something other than said dishonor, namely the 'substantive claim'.

37.  Proof of claim that the purported protest assessed against the party allegedly in dishonor, was preceded with an opportunity to cure said dishonor, prior to the making of said demand, unless a waiver of notice of protest can be produced.

38.  Proof of claim that if the purported protest assessed against the party allegedly in dishonor, and was not preceded with an opportunity to cure said dishonor, prior to the making of said demand, said 'protest' is permitted, in law, to occur in secret.

39.  Proof of claim that if the purported protest assessed against the party allegedly in dishonor, and was not preceded with an opportunity to cure said dishonor, prior to the making of said demand, said 'protest' is permitted, in law, to underlie the filing of an any claim, once the dishonor is cured.

40.  Proof of claim that if the purported protest assessed against the party allegedly in dishonor, and was not preceded with an opportunity to cure said dishonor, prior to the making of said demand, said 'protest' is permitted, in law, to proceed , in the absence of evidence of disclosure the notice of dishonor/protest was waived.

41.  Proof of claim that there was a meeting of the minds between the undersigned and the alleged 'claimant' as to the notice of dishonor/protest.

42.  Proof of claim that if the purported protest assessed against the party allegedly in dishonor, and was not preceded with an opportunity to cure said dishonor, prior to the making of said demand, the drafter of the 'LOAN STATEMENT' is not required to re-draft purported 'claimant' for an affidavit, true, correct, complete, and not misleading, stating a claim.

Conditional Acceptance
Adela Quintana
Escrow Number 71536215
Certified Mail Number 7005 3110 0000 2345 2764

43.    Proof of claim that the 'LOAN STATEMENT' is not an outrageous claim intended as a lure to create the status of dishonor in the undersigned.

44.    Proof of claim that if the purported 'protest' did **occur in secret, the party allegedly in dishonor,** was not denied due process and the opportunity to handle his commercial affairs properly.

45.    Proof of claim that the presumptions of the true 'claimant' have been attested to as true, correct, complete, and not misleading.

46.    Proof of claim that the presumptions of the true 'claimant' have been attested to as true, correct, complete, and not misleading, from a 'claimant' party with personal knowledge.

47.    Proof of claim that the presumptions of the true 'claimant' have been attested to as true, correct, complete, and not misleading, from the representatives of the 'claimant' party, ergo, the attorneys for said 'claimant' party, having personal knowledge.

48.    Proof of claim that the attorneys for either or both the true creditor and/or its collection agency, do not know and cannot discover that the 'LOAN STATEMENT' is an outrageous claim designed to lure the undersigned into a dishonor.

49.    Proof of claim that the attorneys for either or both the true creditor and/or its collection agency, do not know or cannot discover that the 'LOAN STATEMENT' is an outrageous claim designed to lure the undersigned into a dishonor, under the full commercial liability of each associated with the 'LOAN STATEMENT'.

50.    Proof of claim that any controversy requiring settlement can be done by anything other than via payment of asset monies, to discharge the 'claims'/charges entered into bookkeeping entries, which the undersigned offers via this Conditional Acceptance.

51.    Proof of claim that any controversy requiring settlement can be done by anything other than via payment of asset monies, no matter how long said establishment of the account takes, to insure proper and complete delivery of asset instruments.

52.    Proof of claim that evidence (of the admissible kind) which establishes that if the undersigned is now offering settlement of the alleged 'claims', regardless of the nature of the debt, the identity of the 'debtor' and/or the method of settlement, in asset funds pending the establishment of said account, in order to permanently close the alleged account, the true creditor or its collection agency is not required to await the establishment of the asset money account.

53.    Proof of claim that evidence (of the admissible kind) which establishes that the prior dishonor of the undersigned was anything other than inadvertent.

54.    Proof of claim that the charges delineated in the LOAN STATEMENT are due and owing by the entity cited thereon.

Conditional Acceptance
Adela Quintana
Escrow Number 71536215
Certified Mail Number 7003 3110 0000 2345 2764

## NOTICE

Failure of responding or rebutting, shall be deemed as agreement with the facts stated in the affidavit in support, hereto attached, mandating the immediate carrying out of the settlement negotiations, to demonstrate the performance obligation, now that the inadvertent dishonor is cured, by you or your agents, in order to maintain the honor bestowed by said draft. Your response must be in affidavit form, under your full commercial liability, rebutting each of my points, on a point-by-point basis, that the facts contained therein, are true, correct, complete and not misleading. Declarations are insufficient, as declarations permit lying by omission, which no honorable draft may contain.

Very truly yours,

Adela A. Quintana

Adela Quintana

All reply's are to be mailed to:

Maria De Jesus: Cervantes
P.O. Box 3048
Fairfield CA 94533

Attachment:
Exhibit A-1



**SENDER:** *COMPLETE THIS SECTION*

■ Complete items 1, 2, and 3. Also complete
   Item 4 if Restricted Delivery is desired.
■ Print your name and address on the reverse
   so that we can return the card to you.
■ Attach this card to the back of the mailpiece,
   or on the front if space permits.

1. Article Addressed to:

Bank of America
P.O Box 21848
Greensboro, NC 27420-1848

*COMPLETE THIS SECTION ON DELIVERY*

A. Signature
X                                        ☐ Agent
                                         ☐ Addressee

B. Received by ( Printed Name )    C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:       ☐ No

3. Service Type
   ☒ Certified Mail    ☐ Express Mail
   ☐ Registered        ☐ Return Receipt for Merchandise
   ☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)            ☐ Yes

2. Article Number
   (Transfer from service label)

PS Form 3811, February 2004        Domestic Return Receipt        102595-02-M-1540

**U.S. Postal Service**
**CERTIFIED MAIL·· RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com.

# OFFICIAL USE

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Receipt Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ |

Postmark
Here

Sent To

Street, Apt. No.;
or PO Box No.

City, State, ZIP+4

PS Form 3800, June 2002                See Reverse for Instructions

7005 3110 0000 2345 2764
7005 3110 0000 2345 2764
7005 3110 0000 2345 2764

CERTIFIED MAIL™

## CERTIFICATION BY DOCUMENT CUSTODIAN

State of: California

County of _Son Francisco_

I, _Maria de Jesus Cervantes Notary Public_ ,
hereby declare that the attached reproduction of

_Notice - Conditional Acceptance._
**Description of original document**

is a true, correct and complete photocopy of a
document in my possession and control.

Subscribed and sworn to (or affirmed) before me

MARIA DE JESUS CERVANTES
Commission # 1589931
Notary Public - California
Solano County
My Comm. Expires Jun 25, 2009

this _16 th_ day of _July_ , _2007_

_____
(Signature of Notary Public)

Place Notary Seal Above

Letter Rogatory
Adela: Quintana
Escrow Number 74536215
Certified Mail Number 7005 3110 0000 2345 2788
Adela: Quintana
c/o 726 MT Stakes Court
Newman, California
Zip Code Exempt
[DMM 122.32] as amended

BANK OF AMERICA
P.O. BOX 21848
GREENSBORO, NC 27420-1848

July 14, 2007

## NOTICE

### *LETTER - ROGATORY*

RE: OFFER FOR SETTLEMENT AND CLOSURE VIA MUTUAL FACT FINDING

I, Adela: Quintana, hereby accepts for value and return for value, the, "LOAN STATEMENT" of BANK OF AMERICA'S Loan Number 6262574776 for the purpose of agreeing to fully cooperate by providing all responses necessary to effectuate settlement and closure of said investigation, and requesting that BANK OF AMERICA'S Attorney join in the mutual resolution of any issues which may result after BANK OF AMERICA'S Attorney conducts a full, well-rounded investigation to determine the need for further investigation from the undersigned. Said document, deemed a presentment, is labeled Exhibit A-1 and is attached to the Conditional acceptance.

In addition, you are also requested to send the attached affidavit (make one copy for each purported 'complainant', although you may disallow/disregard/disdain any reports from parties (a) unwilling to put their full commercial liability on the line by signing said affidavit; (b) attempting to use BANK OF AMERICA'S Attorney or employees to continue to exact property as promised in Exhibit A-1, which resulted in an injury herein referenced as a way to bribing/inducing/influencing employees to generate harassing procedures against the undersigned, who do not have personal knowledge of the undersigned's intent, policies, practices, or compliance with the law.

Lastly, you are requested to designate which meaning of certain terms bearing various connotations, are used in the questions posed, so the undersigned may avoid presumptions as to the true intent of the question. Words like 'anyone', 'person', ADELA. QUINTANA or Adela: Quintana should not be presumed to be either the same, or interchangeable, or excluding or including limited groups or classes of people, if accurate responses are the true purpose of the investigation. The undersigned has no intent to dishonor any presentment, and desires to assist in the immediate resolution of 'real issues', but believes that the duty exists to save all parties unnecessary efforts which may do nothing except generate a fleeting joy for misguided employee attempting to pull out all stops to cause injury, embarrassment, and humiliation to the undersigned.

Therefore you are requested to initiate your investigation by focusing on the true reason said allegations were instigated, before unnecessary, pointless, and vindictive actions drive unprovoked and wasteful efforts to accommodate complainant's wrath against the undersigned.

Your responses to the following requests will form the basis for the undersigned's responses and duty to quell actual claims from true complainants, which is an obligation the undersigned welcomes, so the public may operate without interference.

**List of Requests necessary before the undersigned can determine if the intent is to harass by**

Letter Rogatory
Adela: Quintana
Escrow Number 74536215
Certified Mail Number 7005 3110 0000 2345 2788

generating 'argument', controversy, and loss of good will, or to actually resolve an injury or damage to a genuine complainant:

1. Show that Adela: Quintana is obligated to perform to your demands.

2. Show that Adela: Quintana is the party receiving the value alleged as exchanged.

3. Show that Adela: Quintana and BANK OF AMERICA had a meeting of the minds regarding the waiver of notice of protest.

4. Show that Adela: Quintana voluntarily waived notice of protest.

5. Show that Adela: Quintana was notified of a dishonor.

6. Show that the "LOAN STATEMENT" are not an attempt to defraud said party in order to avoid conducting a costly investigation for the truth.

7. Show that the charges delineated in the "LOAN STATEMENT", aren't an attempt by an agent of a defrauding party to assign blame for an act NOT committed by the purported 'debtor', in order to avoid conducting the inquiry mandated by law.

8. Show that the charges delineated in the "LOAN STATEMENT", isn't an attempt by an agent of a defrauding party without first hand knowledge, and upon hearsay, to presume the undersigned owes a debt.

9. Show that Adela: Quintana received goods, services, or other benefits from the true creditor, for whom you, BANK OF AMERICA, purport to be.

10. Show that BANK OF AMERICA can and is willing to produce the original instrument contract Adela: Quintana is alleged to have created that makes him liable.

11. Show that BANK OF AMERICA can and is willing to demonstrate the original instrument, which Adela: Quintana is alleged to have created, has not been endorsed over to other parties each time, if said instrument has changed hands.

12. Show that the original instrument, which Adela: Quintana is alleged to have created has not been endorsed over to a GSE (Government Sponsored Enterprise).

13. Show that BANK OF AMERICA or BANK OF AMERICA'S attorneys do not know or cannot discover that the application Adela: Quintana is alleged to have created, isn't a security agreement.

14. Show that Adela: Quintana's signature is on the original instrument Adela: Quintana is alleged to have created.

15. Show that BANK OF AMERICA or BANK OF AMERICA'S attorneys do not know or cannot discover that the amount limit on the application isn't a line of credit.

16. Show that BANK OF AMERICA or BANK OF AMERICA'S attorneys do not know or cannot discover that the amount limit on the application isn't the amount of the bond behind the security.

17. Show that BANK OF AMERICA or BANK OF AMERICA'S attorneys do not know or cannot discover that the amount limit on the application isn't a line of credit, indicating that a third party is prepared to guarantee the 'applicant' is good for up to that amount.

Letter Rogatory
Adela: Quintana
Escrow Number 74536215
Certified Mail Number 7005 3110 0000 2345 2788

34.     Show that the 'claims' made by the BANK OF AMERICA is predicated upon the verified claims
        of the true creditor 'claimant', and not the presumptions of the collection agent, unless said agent
        verifies that he/she can validate the ' claims' as true, correct, complete, and not misleading, under
        his/her/its full commercial liability.

35.     Show that the purported protest assessed against the party allegedly in dishonor, was predicated
        upon something other than said dishonor.

36.     Show that the purported protest assessed against the party allegedly in dishonor, was predicated
        upon something other than said dishonor, namely the 'substantive claim'.

37.     Show that the purported protest assessed against the party allegedly in dishonor, was preceded
        with an opportunity to cure said dishonor, prior to the making of said demand, unless a waiver of
        notice of protest can be produced.

38.     Show that if the purported protest assessed against the party allegedly in dishonor, and was not
        preceded with an opportunity to cure said dishonor, prior to the making of said demand, said
        'protest' is permitted, in law, **to occur in secret.**

39.     Show that if the purported protest assessed against the party allegedly in dishonor, and was not
        preceded with an opportunity to cure said dishonor, prior to the making of said demand, said
        'protest' is permitted, in law, to **underlie the filing of an any claim, once the dishonor is cured.**

40.     Show that if the purported protest assessed against the party allegedly in dishonor, and was not
        preceded with an opportunity to cure said dishonor, prior to the making of said demand, said
        'protest' is permitted, in law, to proceed , in the absence of evidence of disclosure the notice of
        dishonor/protest was waived.

41.     Show that there was a meeting of the minds between the undersigned and the alleged 'claimant' as
        to the notice of dishonor/protest.

42.     Show that if the purported protest assessed against the party allegedly in dishonor, and was not
        preceded with an opportunity to cure said dishonor, prior to the making of said demand, the drafter
        of the 'LOAN STATEMENT' is not required to re-draft purported 'claimant' for an affidavit,
        true, correct, complete, and not misleading, stating a claim.

43.     Show that the 'LOAN STATEMENT' is not an outrageous claim intended as a lure to create the
        status of dishonor in the undersigned.

44.     Show that if the purported 'protest' did **occur in secret, the party allegedly in dishonor,** was not
        denied due process and the opportunity to handle his commercial affairs properly.

45.     Show that the presumptions of the true 'claimant' have been attested to as true, correct, complete,
        and not misleading.

46.     Show that the presumptions of the true 'claimant' have been attested to as true, correct, complete,
        and not misleading, from a 'claimant' party with personal knowledge.

47.     Show that the presumptions of the true 'claimant' have been attested to as true, correct, complete,
        and not misleading, from the representatives of the 'claimant' party, ergo, the attorneys for said
        'claimant' party, having personal knowledge.

48.     Show that the attorneys for either or both the true creditor and/or its collection agency, do not
        know and cannot discover that the 'LOAN STATEMENT' is an outrageous claim designed to lure
        the undersigned into a dishonor.

49.     Show that the attorneys for either or both the true  creditor and/or its collection agency, do not
        know or cannot discover that the 'LOAN STATEMENT' is an outrageous claim designed to lure

Letter Rogatory
Adela: Quintana
Escrow Number 74536215
Certified Mail Number 7005 3110 0000 2345 2788

the undersigned into a dishonor, under the full commercial liability of each associated with the
'LOAN STATEMENT'.

50.     Show that any controversy requiring settlement can be done by anything other than via payment of
        asset monies, to discharge the 'claims'/charges entered into bookkeeping entries, which the
        undersigned offers via this Conditional Acceptance.

51.     Show that any controversy requiring settlement can be done by anything other than via payment of
        asset monies, no matter how long said establishment of the account takes, to insure proper and
        complete delivery of asset instruments.

52.     Show that evidence (of the admissible kind) which establishes that if the undersigned is now
        offering settlement of the alleged 'claims', regardless of the nature of the debt, the identity of the
        'debtor' and/or the method of settlement, in asset funds pending the establishment of said account,
        in order to permanently close the alleged account, the true creditor or its collection agency is not
        required to await the establishment of the asset money account.

53.     Show that evidence (of the admissible kind) which establishes that the prior dishonor of  the
        undersigned was anything other than inadvertent.

54.     Show that the charges delineated in the LOAN STATEMENT are due and owing by the entity cited
        thereon.


## NOTICE

        **Failure of responding or rebutting, shall be deemed as agreement with the facts stated in the
affidavit in support, hereto attached,** mandating the immediate carrying out of the request to correct the record,
and, in the absence of a certificate of claim, cease and desist any attempted collection of non owing debt, by you or
your agents, in order to maintain the honor bestowed by said draft. Your response must be in affidavit form, under
your full commercial liability, rebutting each of my points, on a point-by-point basis, that the facts contained
therein, are true, correct, complete and not misleading. Declarations are insufficient, as declarations permit lying
by omission, which no honorable draft may contain.

                                        Very truly yours,
                                        Adela A Quintana
                                        Adela: Quintana

All reply's are to be mailed to:
Maria De Jesus: Cervantez
P.O. Box 3048
Fairfield CA 94533

Attachment: (Affidavit)

**SENDER:** *COMPLETE THIS SECTION*

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Bank of America
P.O Box 21848
Greensboro, NC. 27420-1848

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X
☐ Agent
☐ Addressee

B. Received by ( *Printed Name* )   C. Date of Delivery

D. Is delivery address different from item 1?   ☐ Yes
   If YES, enter delivery address below:   ☐ No

3. Service Type
☑ Certified Mail   ☐ Express Mail
☐ Registered   ☐ Return Receipt for Merchandise
☐ Insured Mail   ☐ C.O.D.

4. Restricted Delivery? *(Extra Fee)*   ☐ Yes

2. Article Number
   *(Transfer from service label)*

PS Form 3811, February 2004     Domestic Return Receipt     102595-02-M-1540



7005 3110 0000 2345 2788

**CERTIFIED MAIL**

**U.S. Postal Service**
**CERTIFIED MAIL RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com

**OFFICIAL USE**

| | | |
|---|---|---|
| Postage | $ | |
| Certified Fee | | Postmark Here |
| Return Receipt Fee (Endorsement Required) | | |
| Restricted Delivery Fee (Endorsement Required) | | |
| Total Postage & Fees | $ | |

Sent To

Street, Apt. No.;
or PO Box No.

City, State, ZIP+4

PS Form 3800, June 2002     See Reverse for Instructions

**⁄Y CERTIFICATION BY DOCUMENT CUSTODIAN**

State of: California

County of _San Francisco_

I, _Maria de Jesus Cervantes Notary Public_ ,
hereby declare that the attached reproduction of

_Letter - Roadory_
Description of original document

is a true, correct and complete photocopy of a
document in my possession and control.

Subscribed and sworn to (or affirmed) before me

MARIA DE JESUS CERVANTES
Commission # 1589931
Notary Public - California
Solano County
My Comm. Expires Jun 25, 2009

this _16th_ day of _July_ , _2007_

_(Signature of Notary Public)_

Place Notary Seal Above

Affidavit
Adela: Quintana
Escrow Number 74536215
Certified Mail Number 7005 3110 0000 2345 2795

~~Stanislaus~~ County  *San Francis*)
                    )
Asseveration        )  *as*
                    )
California state    )  L. S. *Adela A Quintana*        {SEAL}

The united States of America)    only in capacity as beneficiary of the Original Jurisdiction

FIAT JUSTITIA, RUAT COELUM Let Right Be Done,
Though The Heavens Should Fall

**AFFIDAVIT in SUPPORT OF LETTER ROGATORY**

I, Adela: Quintana, in correct public capacity as beneficiary to the Original Jurisdiction, being of majority in age, competent to testify, a self realized entity, a free man upon the land, my yes be yes, my no be no, do state that the truths and facts herein are of first hand personal knowledge, true, correct, complete, certain, not misleading, so help me YHVH.

1.   Affiant has not seen or been presented with any material fact or evidence that Adela: Quintana is obligated to perform to your demands and believes that none exists.

2.   Affiant has not seen or been presented with any material fact or evidence that Adela: Quintana is the party receiving the value alleged as exchanged and believes that none exists.

3.   Affiant has not seen or been presented with any material fact or evidence that Adela: Quintana and BANK OF AMERICA had a meeting of the minds regarding the waiver of notice of protest and believes that none exists.

4.   Affiant has not seen or been presented with any material fact or evidence that Adela: Quintana voluntarily waived notice of protest and believes that none exists.

5.   Affiant has not seen or been presented with any material fact or evidence that Adela: Quintana was notified of a dishonor and believes that none exists.

6.   Affiant has not seen or been presented with any material fact or evidence that the "LOAN STATEMENT" are not an attempt to defraud said party in order 'to avoid conducting a costly investigation for the truth and believes that none exists.

7.   Affiant has not seen or been presented with any material fact or evidence that the charges delineated in the "LOAN STATEMENT", aren't an attempt by an agent of a defrauding party to assign blame for an act NOT committed by the purported 'debtor', in order to avoid conducting the inquiry mandated by law and believes that none exists.

8.   Affiant has not seen or been presented with any material fact or evidence that the charges delineated in the "LOAN STATEMENT", isn't an attempt by an agent of a defrauding party without first hand knowledge, and upon hearsay, to presume the undersigned owes a debt and believes that none exists.

9.   Affiant has not seen or been presented with any material fact or evidence that Adela: Quintana received goods, services, or other benefits from the true creditor, for whom you, BANK OF AMERICA, purport to be and believes that none exists.

Affidavit
Adela: Quintana
Escrow Number 74536215
Certified Mail Number 7005 3110 0000 2345 2795

10.    Affiant has not seen or been presented with any material fact or evidence that BANK OF AMERICA can and is willing to produce the original instrument contract Adela: Quintana is alleged to have created that makes him liable and believes that none exists.

11.    Affiant has not seen or been presented with any material fact or evidence that BANK OF AMERICA can and is willing to demonstrate the original instrument, which Adela: Quintana is alleged to have created, has not been endorsed over to other parties each time, if said instrument has changed hands and believes that none exists.

12.    Affiant has not seen or been presented with any material fact or evidence that the original instrument, which Adela: Quintana is alleged to have created has not been endorsed over to a GSE (Government Sponsored Enterprise) and believes that none exists.

13.    Affiant has not seen or been presented with any material fact or evidence that BANK OF AMERICA or BANK OF AMERICA'S attorneys do not know or cannot  discover that the application Adela: Quintana is alleged to have created, isn't a security agreement and believes that none exists.

14.    Affiant has not seen or been presented with any material fact or evidence that Adela: Quintana's signature is on the original instrument Adela: Quintana is alleged to have created and believes that none exists.

15.    Affiant has not seen or been presented with any material fact or evidence that BANK OF AMERICA or BANK OF AMERICA'S attorneys do not know or cannot discover that the amount limit on the application isn't a line of credit and believes that none exists.

16.    Affiant has not seen or been presented with any material fact or evidence that BANK OF AMERICA or BANK OF AMERICA'S attorneys do not know or cannot discover that the amount limit on the application isn't the amount of the bond behind the security and believes that none exists.

17.    Affiant has not seen or been presented with any material fact or evidence that BANK OF AMERICA or BANK OF AMERICA'S attorneys do not know or cannot discover that the amount limit on the application isn't a line of credit, indicating that a third party is prepared to guarantee the 'applicant' is good for up to that amount and believes that none exists.

18.    Affiant has not seen or been presented with any material fact or evidence that BANK OF AMERICA or BANK OF AMERICA'S attorneys do not know or cannot discover that the bond underwrites the creation of the funds and believes that none exists.

19.    Affiant has not seen or been presented with any material fact or evidence that BANK OF AMERICA or BANK OF AMERICA'S attorneys do not know or cannot discover that the amount limit on the application doesn't provide a blank check up to the credit limit and believes that none exists.

20.    Affiant has not seen or been presented with any material fact or evidence that BANK OF AMERICA or BANK OF AMERICA'S attorneys do not know or cannot discover that the amount limit on the application doesn't provide a blank check up to the credit limit, which BANK OF AMERICA can use whatever the 'applicant' does not' use' and believes that none exists

21.    Affiant has not seen or been presented with any material fact or evidence that BANK OF AMERICA or BANK OF AMERICA'S attorneys do not know or cannot discover that the amount limit on the application doesn't provide a blank check up to the credit limit, which BANK OF AMERICA uses for investments on return and believes that none exists.

Affidavit
Adela: Quintana
Escrow Number 74536215
Certified Mail Number 7005 3110 0000 2345 2795

22.    Affiant has not seen or been presented with any material fact or evidence that BANK OF AMERICA or BANK OF AMERICA'S attorneys do not know or cannot discover that BANK OF AMERICA isn't the trustee on the account and believes that none exists.

23.    Affiant has not seen or been presented with any material fact or evidence that BANK OF AMERICA or BANK OF AMERICA'S attorneys do not know or cannot discover that BANK OF AMERICA does not profit from the signature of the security agreement and believes that none exists.

24.    Affiant has not seen or been presented with any material fact or evidence that BANK OF AMERICA or BANK OF AMERICA'S attorneys do not know or cannot discover that BANK OF AMERICA does not profit from the investments on the secured line of credit 'granted' by the application and believes that none exists.

25.    Affiant has not seen or been presented with any material fact or evidence that BANK OF AMERICA or BANK OF AMERICA'S attorneys do not know or cannot discover that BANK OF AMERICA does not profit from the signature of the security agreement and believes that none exists.

26.    Affiant has not seen or been presented with any material fact or evidence that BANK OF AMERICA or BANK OF AMERICA'S attorneys do not know or cannot discover that the merchandise is merely the premium to induce the purchase of the debt and believes that none exists.

27.    Affiant has not seen or been presented with any material fact or evidence that BANK OF AMERICA or BANK OF AMERICA'S attorneys do not know or cannot discover that if the application Adela: Quintana is alleged to have created, is produced, that the party possessing said instrument, isn't required to give up the line of credit and believes that none exists.

28.    Affiant has not seen or been presented with any material fact or evidence that BANK OF AMERICA or BANK OF AMERICA'S attorneys do not know or cannot discover that if the application Adela: Quintana is alleged to have created, is produced, that the party possessing said instrument, isn't still using the line of credit, while BANK OF AMERICA is demanding payment and believes that none exists.

29.    Affiant has not seen or been presented with any material fact or evidence that BANK OF AMERICA or BANK OF AMERICA'S attorneys do not know or cannot discover that the BANK OF AMERICA isn't required to provide Adela: Quintana with the amount Adela: Quintana has paid in, to date and believes that none exists.

30.    Affiant has not seen or been presented with any material fact or evidence that BANK OF AMERICA or BANK OF AMERICA'S attorneys do not know or cannot discover that BANK OF AMERICA cannot admit that Adela: Quintana has paid something to BANK OF AMERICA, to date and believes that none exists.

31.    Affiant has not seen or been presented with any material fact or evidence that Adela: Quintana willingly and knowingly accepted, or intended to accept extraordinary admiralty benefits for which you, your agency, or anyone at your agency, purport to collect and believes that none exists.

32.    Affiant has not seen or been presented with any material fact or evidence that the BANK OF AMERICA is prepared to identify the true creditor and believes that none exists.

33.    Affiant has not seen or been presented with any material fact or evidence that the 'claims' made by BANK OF AMERICA is predicated upon the verified claims of the true creditor 'claimant', as true, correct, complete, and not misleading and believes that none exists.

Affidavit
Adela: Quintana
Escrow Number 74536215
Certified Mail Number 7005 3110 0000 2345 2795

34.  Affiant has not seen or been presented with any material fact or evidence that the 'claims' made by the BANK OF AMERICA is predicated upon the verified claims of the true creditor/'claimant', and not the presumptions of the collection agent, unless said agent verifies that he/she can validate the ' claims' as true, correct, complete, and not misleading, under his/her/its full commercial liability and believes that none exists.

35.  Affiant has not seen or been presented with any material fact or evidence that the purported protest assessed against the party allegedly in dishonor, was predicated upon something other than said dishonor and believes that none exists.

36.  Affiant has not seen or been presented with any material fact or evidence that the purported protest assessed against the party allegedly in dishonor, was predicated upon something other than said dishonor, namely the 'substantive claim' and believes that none exists.

37.  Affiant has not seen or been presented with any material fact or evidence that the purported protest assessed against the party allegedly in dishonor, was preceded with an opportunity to cure said dishonor, prior to the making of said demand, unless a waiver of notice of protest can be produced and believes that none exists

38.  Affiant has not seen or been presented with any material fact or evidence that if the purported protest assessed against the party allegedly in dishonor, and was not preceded with an opportunity to cure said dishonor, prior to the making of said demand, said 'protest' is permitted, in law, to **occur in secret** and believes that none exists.

39.  Affiant has not seen or been presented with any material fact or evidence that if the purported protest assessed against the party allegedly in dishonor, and was not preceded with an opportunity to cure said dishonor, prior to the making of said demand, said 'protest' is permitted, in law, to **underlie the filing of an any claim, once the dishonor is cured** and believes that none exists

40.  Affiant has not seen or been presented with any material fact or evidence that if the purported protest assessed against the party allegedly in dishonor, and was not preceded with an opportunity to cure said dishonor, prior to the making of said demand, said 'protest' is permitted, in law, to proceed , in the absence of evidence of disclosure the notice of dishonor/protest was waived.

41.  Affiant has not seen or been presented with any material fact or evidence that there was a meeting of the minds between the undersigned and the alleged 'claimant' as to the notice of dishonor/protest and believes that none exists.

42.  Affiant has not seen or been presented with any material fact or evidence that if the purported protest assessed against the party allegedly in dishonor, and was not preceded with an opportunity to cure said dishonor, prior to the making of said demand, the drafter of the 'LOAN STATEMENT' is not required to re-draft purported 'claimant' for an affidavit, true, correct, complete, and not misleading, stating a claim and believes that none exists.

43.  Affiant has not seen or been presented with any material fact or evidence that the 'LOAN STATEMENT' is not an outrageous claim intended as a lure to create the status of dishonor in the undersigned and believes that none exists.

44.  Affiant has not seen or been presented with any material fact or evidence that if the purported 'protest' did **occur in secret, the party allegedly in dishonor**, was not denied due process and the opportunity to handle his commercial affairs properly and believes that none exists.

45.  Affiant has not seen or been presented with any material fact or evidence that the presumptions of the true 'claimant' have been attested to as true, correct, complete, and not misleading.

46.    Affiant has not seen or been presented with any material fact or evidence that the presumptions of the true 'claimant' have been attested to as true, correct, complete, and not misleading, from a 'claimant' party with personal knowledge and believes that none exists.

47.    Affiant has not seen or been presented with any material fact or evidence that the presumptions of the true 'claimant' have been attested to as true, correct, complete, and not misleading, from the representatives of the 'claimant' party, ergo, the attorneys for said 'claimant' party, having personal knowledge and believes that none exists.

48.    Affiant has not seen or been presented with any material fact or evidence that the attorneys for either or both the true creditor and/or its collection agency, do not know and cannot discover that the 'LOAN STATEMENT' is an outrageous claim designed to lure the undersigned into a dishonor and believes that none exists.

49.    Affiant has not seen or been presented with any material fact or evidence that the attorneys for either or both the true creditor and/or its collection agency, do not know or cannot discover that the 'LOAN STATEMENT' is an outrageous claim designed to lure the undersigned into a dishonor, under the full commercial liability of each associated with the 'LOAN STATEMENT' and believes that none exists.

50.    Affiant has not seen or been presented with any material fact or evidence that any controversy requiring settlement can be done by anything other than via payment of asset monies, to discharge the 'claims'/charges entered into bookkeeping entries, which the undersigned offers via this Conditional Acceptance and believes that none exists.

51.    Affiant has not seen or been presented with any material fact or evidence that any controversy requiring settlement can be done by anything other than via payment of asset monies, no matter how long said establishment of the account takes, to insure proper and complete delivery of asset instruments and believes that none exists.

52.    Affiant has not seen or been presented with any material fact or evidence that evidence (of the admissible kind) which establishes that if the undersigned is now offering settlement of the alleged 'claims', regardless of the nature of the debt, the identity of the 'debtor' and/or the method of settlement, in asset funds pending the establishment of said account, in order to permanently close the alleged account, the true creditor or its collection agency is not required to await the establishment of the asset money account and believes that none exists.

53.    Affiant has not seen or been presented with any material fact or evidence that evidence (of the admissible kind) which establishes that the prior dishonor of the undersigned was anything other than inadvertent and believes that none exists.

54.    Affiant has not seen or been presented with any material fact or evidence that the charges delineated in the LOAN STATEMENT are due and owing by the entity cited thereon and believes that none exists.

Further, Affiant saith not.

Affidavit
Adela: Quintana
Escrow Number 74536215
Certified Mail Number 7005 3110 0000 2345 2795

DATED: the fourteenth day of the seventh month, in the year of our Lord, Two thousand and seven [July 14 AD 2007] near Newman, California.

Adela: Quintana in correct capacity as beneficiary of the Original Jurisdiction

Seal 

JURAT:

SUBSCRIBED AND SWORN TO before me by Adela: Quintana, moral sentient being, proven to me to be the flesh and blood woman signing this document this __16th__ day of _July_, 2007

Stanislaus ~~County~~ San Francisco

Notary public for California

MARIA DE JESUS CERVANTES
Commission # 1589931
Notary Public - California
Solano County
My Comm. Expires Jun 25, 2009

| SENDER: *COMPLETE THIS SECTION* | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X      ☐ Agent   ☐ Addressee<br>B. Received by ( *Printed Name* )    C. Date of Delivery |
| 1. Article Addressed to:<br><br>Bank of America<br>P.O Box 21848<br>Greensboro NC 27420-1848 | D. Is delivery address different from item 1? ☐ Yes<br>    If YES, enter delivery address below: ☐ No |
|  | 3. Service Type<br>☒ Certified Mail   ☐ Express Mail<br>☐ Registered   ☐ Return Receipt for Merchandise<br>☐ Insured Mail   ☐ C.O.D.<br>4. Restricted Delivery? *(Extra Fee)*    ☐ Yes |

2. Article Number
*(Transfer from service label)*

PS Form 3811, February 2004      Domestic Return Receipt      102595-02-M-1540

---

7005 3110 0000 2345 2795

CERTIFIED MAIL

PLACE STICKER AT TOP OF ENVELOPE TO THE RIGHT OF THE RETURN ADDRESS, FOLD AT DOTTED LINE

7005 3110 0000 2345 2795

**U.S. Postal Service**
**CERTIFIED MAIL · RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com

**O F F I C I A L   U S E**

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Receipt Fee<br>(Endorsement Required) | |
| Restricted Delivery Fee<br>(Endorsement Required) | |
| Total Postage & Fees | $ |

Postmark
Here

*Sent To*

*Street, Apt. No.;*
*or PO Box No.*

*City, State, ZIP+4*

PS Form 800, June 2002      See Reverse for Instructions

PY CERTIFICATION BY DOCUMENT CUSTODIAN

State of: California

County of _San Francisco_

I, _Maria de Jesus Cervantes, Notary Public_,
hereby declare that the attached reproduction of

_Affidavit in support of letter Rogatory_
**Description of original document**

is a true, correct and complete photocopy of a
document in my possession and control.

Subscribed and sworn to (or affirmed) before me

MARIA DE JESUS CERVANTES
Commission # 1589931
Notary Public - California
Solano County
My Comm. Expires Jun 25, 2009

this _____ 14TH _____ day of _____ July _____, _2007_

_____
(Signature of Notary Public)

Place Notary Seal Above

Certificate of Non Response of the
Conditional Acceptance, Letter Rogatory and Affidavit
Adela: Quintana
Escrow Number 74536215
Certified Mail Number 7005 3110 0000 2345 3174

Adela: Quintana
c/o 726 MT Stakes Court
Newman, California
Zip Code Exempt
[DMM 122.32] as amended

BANK OF AMERICA
PO BOX 21848
GREENSBORO, NC 27420-1848

August 6, 2007

# NOTICE

# CERTIFICATE OF NON-RESPONSE

California State                    }
                                    } Scilicet
Stanislaus County                   }

### COMMERCIAL OATH AND VERIFICATION

RE:      NON-RESPONSE to Private Conditional Acceptance for Honor for Value and Proof of
Claim in the nature of Request for discovery to exhaust s Private Administrative Remedy in the
matter of Adela: Quintana v. BANK OF AMERICA.

"Indeed, no more that (affidavits) is necessary to make a prima facia case." United States v. Kis, 658 F2d
526, 536 (7th Cir. 1981); Cert Denied, 50 US LW 2169; S. Ct. March 22, 1982.

        That I, Maria De Jesus Cervantes, a Notary, of the STATE OF California, in good standing,
being first duly sworn, depose and say and declare by my signature that the following facts are true,
correct and complete and not misleading, with first hand knowledge of the facts stated below.

        I, Maria De Jesus Cervantes, the undersigned, a Third Party, not a party to the matter, certify
that a Private Conditional Acceptance for Honor and Value in the Nature of a Request for Discovery
was sent by the undersigned to BANK OF AMERICA, via Certified Mail # *7005 3110 0000 2345
3174,* Return Receipt Requested with Certified Mail Number contained thereon, which was mailed by
the undersigned on the 6th day of August, 2007.

1.  That the evidence shows that BANK OF AMERICA, named in this administrative remedy was duly
    served by Certified Mail on and before July 14, 2007 AD.

2.  That BANK OF AMERICA had 3 days to answer and the 3 days to answer concluded on  July
    23, 2007 AD including the 3 additional; days for mailing.

3.  That this CERTIFICATE OF NON RESPONSE is served on August 6, 2007.  With 3 days to
    respond beginning the day after service and an additional 3 days for mailing the response.

4.  Adela: Quintana is offering BANK OF AMERICA an opportunity to cure the Dishonor.

6.  That no response to the initial correspondence is evidenced by U.S. MAIL or any private carrier.

7.  That BANK OF AMERICA is in Dishonor, without recourse, and is found in agreement and
    harmony with Adela: Quintana's Private Administrative Remedy.

Page 1 of 2 Pages

Certificate of Non Response of the
Conditional Acceptance, Letter Rogatory and Affidavit
Adela: Quintana
Escrow Number 74536215
Certified Mail Number 7005 3110 0000 2345 3174

8.  Maria De Jesus Cervantes further sayeth naught.

SUBSCRIBED AND SWORN _____

               Maria De Jesus Cervantes, Notary Acceptor

The above named affiant, personally known to me, appeared before me a Notary, Sworn and under

Oath this_____day of _____, 2007..


_____

Notary                                                                                    Seal

TERESA L. WHITE
Commission # 1717861
Notary Public - California
Yuba County
My Comm. Expires Jan 16, 2011


State of California, County of Solano
Subscribed and sworn to (or affirmed) before me
On this   1   day of October  20 07 ,
By Maria De Jesus Cervantes ,
Personally known to me or proved to me on the
Basis of satisfactory evidence to be the person(s)
Who appeared before me.
Signature: Teresa L. White

Certificate of Service of Certificate of Non Response to
Conditional Acceptance, Letter Rogatory and Affidavit
Adela: Quintana
Escrow Number 74536215
Certified Mail Number 7006 3450 0001 2040 2154

## CERTIFICATE OF SERVICE

Aug./MC.

On this _C3_ day of July, 2007, I served the following by Certified Mail Number 7006 3450 0001 2040 2154 Return Receipt Requested.

1. CERTIFICATE OF NON RESPONSE, subscribed by Robert-John: Foote  to the following party.

BANK OF AMERICA
P.O. BOX 21848
GREENSBORO, NC 27420-1848

'I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. certain, complete and not misleading.. Executed on this _23_ th day of July, 2007

Aug
/MC.

Maria De Jesus Cervantes, Notary Acceptor

Certificate of Dishonor of the
Conditional Acceptance, Letter Rogatory and Affidavit
of Adela: Quintana
Escrow Number 74536215
Certified Mail Number 7006 3450 0001 2034 9473

ORIGINAL

Adela: Quintana
726 MT. Stakes Court
Newman, California
Zip Code Exempt
[DMM 122.32] as amended

BANK OF AMERICA
P.O. BOX 21848
GREENSBORO, NC 27420-1848

August 21, 2007

## NOTICE

# CERTIFICATE OF DISHONOR

This Notarized Document is the official **CERTIFICATE OF DISHONOR** of the CONDITIONAL ACCEPTANCE, LETTER ROGATORY and AFFIDAVIT IN SUPPORT OF LETTER ROGATORY

### NOTARIAL PROTEST CERTIFICATE

1.    Adela: Quintana has recruited the Notary Public, Maria De Jesus Cervantes, authorized to certify dishonor of the Conditional Acceptance, Letter Rogatory and Affidavit in Support of Letter Rogatory, and to present this **ADMINISTRATIVE JUDGMENT BY ESTOPPEL** against BANK OF AMERICA in accordance with UCC 3-505.

### COMMERCIAL OATH AND VERIFICATION

Stanislaus County            )

California State.             )

Notary Acceptor, Maria De Jesus Cervantes, under her Commercial Oath with unlimited liability, proceeding in good faith, being of sound mind states that the facts contained herein are true, correct, complete and not misleading of my private first hand knowledge and belief under penalty of International Commercial Law.

1.  That the evidence shows that the parties listed above were duly served with a CERTIFICATE OF NON RESPONSE. by Certified Mail, Return Receipt Requested on July 31, 2007 AD.

2.  That the three (3) days to answer concluded on August 3, 2007 AD.



# State of California

## SECRETARY OF STATE

# *APOSTILLE*

*(Convention de La Haye du 5 octobre 1961)*

1. *Country:  United States of America*
   *This public document*

2. *has been signed by Ronald Langston*

3. *acting in the capacity of Notary Public, State of California*

4. *bears the seal/stamp of Ronald Langston, Notary Public, State of California*

### *CERTIFIED*

5. *At Sacramento, California*

6. *the 2nd day of October 2007*

7. *by Deputy Secretary of State, State of California*

8. *No. 447376*

9. *Seal/Stamp:*

10. *Signature*





Secretary of State

BY



OSP 06 99602

Certificate of Dishonor of the
Conditional Acceptance, Letter Rogatory and Affidavit
of Adela: Guintana
Escrow Number 74536215
Certified Mail Number 7006 3450 0001 2034 9473



3. That the three (3) days for the return mailing concluded on August 6, 2007. AD

4. That the three (3) days for the OPPURTUNITY TO CURE THE DISHONOR concluded August 6, 2007 AD.

5. That the three (3) days for the return mailing concluded on August 6, 2007 AD

6. That the above named parties are now in **DISHONOR**

Notary Acceptor further sayeth naught.

SUBSCRIBED AND SWORN _____

Maria De Jesus Cervantes, Notary Acceptor

The above Affidavit is certified true, correct, complete, certain, and not misleading, under the penalty of Perjury.

By: _____ a Notary Public under court seal in her capacity as a Notary in good

standing with the STATE OF CALIFORNIA

(Seal)

RONALD LANGSTON
COMM. #1726796
NOTARY PUBLIC - CALIFORNIA
SOLANO COUNTY
COMM. EXPIRES FEB. 25, 2011

Invoice

Adela: Quintana
726 MT Stakes Court
Newman, California
Zip Code Exempt
[DMM 122.32] as amended

ORIGINAL

BANK OF AMERICA
P.O. BOX 21848
GREENSBORO, NC 27420-1848

August 21, 2007

## NOTICE

## I N V O I C E

### NOTICE FOR DEMAND AND SETTLEMENT, FOR CLOSING OF THE

### ESCROW NUMBER 74536215

BANK OF AMERICA, having failed to respond to the Private Remedy to correct the injury to Adela: Quintana, have agreed to the following True Bill in the amount stated on the invoice.

### ACCOUNTING AND TRUE BILL

CLEOPATRA HASLIP et al.
v.
PACIFIC MUTUAL LIFE INSURANCE, INC.
499 U.S.1, 113 Fed 2d 1, 111 S.Ct. 1032 (no. 89-1279)

For Conversion

4 times for Compensatory Damages
200 times for Punitive Damages

### ACCOUNTING AND TRUE BILL

Libellant is entitled to return of all funds paid by ADELA QUINTANA for the year (s) 2006 and 2007 where Libellant paid monthly payments, plus all late fees and interest fraudulently charged, and $75.00 per hour for all time spent on all letters to BANK OF AMERICA personnel and "Acceptance for Value" paperwork through August 21, 2007.

| CONVERSION FOR UNAUTHORIZED ACTS AGAINST SECURED PROPERTY COMPUTED AS FOLLOWS | |
|---|---|
| $ 32,158.00 | Sum Certain of Actual Cost Funds |
| X 4. | Rights Violations Compensation Multiplier |
| $ 128,632.00 | Compensatory Damages |

Page 1 of 2 Pages

Invoice

ORIGINAL

| | |
|---|---|
| $ 128,632.00 | Sum Certain of Actual Cost Funds |
| X 200.00 | Punitive Damages Multipliers |
| $ 25,726,400.00 | Punitive Damages |
| | |
| $ 128,632.00 | Compensatory Damages |
| $ .00 | Punitive Damages |
| $ 25,855,032.00 | Total Damages for Conversion |

## SUM CERTAIN FOR CONVERSION

$ ~~6,560,232.00~~ as of August 18, ~~2005~~ 2007   A0
25,855,032.00

TWENTY FIVE MILLION EIGHT HUNDRED FIFTY FIVE THOUSAND THIRTY TWO AND NO/100
DOLLARS

"Libellant reserves the right to amend and correct and adjust the accounting and True
Bill"

"Libellant reserves the right to amend and correct and adjust the accounting and True
Bill"

The progressive Sum Certain in US Dollars is in numerical parity with the Euro Dollar and any other
superior currency backed by gold. Sum Certain may also be paid in any numerical value in gold and equal
value in real property and natural resources, and any agreeable combination of the above.

Adela: Quintana, Creditor, Secured Party

Certificate of Service of
Certificate of Dishonor of the
Conditional Acceptance, Letter Rogatory and Affidavit
of Adela: Quintana
Escrow Number 74536215
Certified Mail Number 7006 3450 0001 2034 9473



## CERTIFICATE OF SERVICE

On this _____ day of August, 2007, I served the following by Certified Mail Number 7006 3450 0001 2034 9473, Return Receipt Requested.

1. CERTIFICATE OF DISHONOR, subscribed by Adela: Quintana to the following party.

BANK OF AMERICA
P.O. BOX 21848
GREENSBORO, NC 27420-1848

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true, correct, complete, certain, and not misleading..

Executed on this _____ day of August, 2007

_____

MARIA DE JESUS CERVANTES
Commission # 1569931
Notary Public - California
Solano County
My Comm. Expires Jun 25, 2009