# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

Adela A. Quinlan,

CV 08 0382  CW

Plaintiff,

CASE NO. _____

vs.

Bank of America

APPLICATION TO PROCEED
IN FORMA PAUPERIS
(Non-prisoner cases only)

Defendant.

I, Adela A. Quinlan, declare, under penalty of perjury that I am the plaintiff in the above entitled case and that the information I offer throughout this application is true and correct. I offer this application in support of my request to proceed without being required to prepay the full amount of fees, costs or give security. I state that because of my poverty I am unable to pay the costs of this action or give security, and that I believe that I am entitled to relief.

In support of this application, I provide the following information:

1. Are you presently employed?   Yes ☒   No ☐

If your answer is "yes," state both your gross and net salary or wages per month, and give the name and address of your employer:

Gross: $1700.00     Net: $1400.00

Employer: Jani King (Commercial Cleaning Services)

If the answer is "no," state the date of last employment and the amount of the gross and net salary

- 1 -

1   and wages per month which you received.

2   _____

3   _____

4   _____

5   2.  Have you received, within the past twelve (12) months, any money from any of the

6   following sources:

7       a.   Business, Profession or              Yes _X_ No ___

8            self employment?

9       b.   Income from stocks, bonds,           Yes ___ No _X_

10           or royalties?

11      c.   Rent payments?                       Yes _X_ No ___

12      d.   Pensions, annuities, or              Yes ___ No _X_

13           life insurance payments?

14      e.   Federal or State welfare payments,   Yes ___ No _X_

15           Social Security or other govern-

16           ment source?

17  If the answer is "yes" to any of the above, describe each source of money and state the amount

18  received from each.

19  __Rents monthly $1,000.00_____

20  _____

21  3.  Are you married?                          Yes _X_ No ___

22  Spouse's Full Name: __Donato Quintana__

23  Spouse's Place of Employment: __Retired__

24  Spouse's Monthly Salary, Wages or Income:

25  Gross $_____ Net $__800.00__

26  4.  a.   List amount you contribute to your spouse's support: $__300.00__

27      b.   List the persons other than your spouse who are dependent upon you for support

28           and indicate how much you contribute toward their support. (NOTE: For minor

- 2 -

1  children, list only their initials and ages. DO NOT INCLUDE THEIR NAMES.)
2  _____ n/a _____
3  _____

4  5.  Do you own or are you buying a home?         Yes _X_  No ___
5  Estimated Market Value: $ 250,000 ⁰⁰  Amount of Mortgage: $ 2,300 ⁰⁰
6  6.  Do you own an automobile?                    Yes ___  No _X_
7  Make __n/a__  Year __n/a__  Model __n/a__
8  Is it financed? Yes __n/a__ No __n/a__ If so, Total due: $ __n/a__
9  Monthly Payment: $ __n/a__
10 7.  Do you have a bank account?  Yes _X_  No ___  (Do not include account numbers.)
11 Name(s) and address(es) of bank: - Washington mutual -
12 __Oakland, Ca.__
13 Present balance(s): $ __300 ⁰⁰__
14 Do you own any cash?  Yes ___  No _X_  Amount: $ __n/a__
15 Do you have any other assets? (If "yes," provide a description of each asset and its estimated
16 market value.)                                    Yes ___  No _X_
17 _____

18 8.  What are your monthly expenses?
19 Rent: $ __2,600 ⁰⁰__                    Utilities: $ __300 ⁰⁰__
20 Food: $ __400 ⁰⁰__                       Clothing: __0__
21 Charge Accounts:

22 Name of Account          Monthly Payment          Total Owed on This Account
23 __Walmart__              $ __40 ⁰⁰__              $ __190 ⁰⁰__
24 __Sears__                $ __50 ⁰⁰__              $ __130 ⁰⁰__
25 _____              $ _____             $ _____

26 9.  Do you have any other debts? (List current obligations, indicating amounts and to whom
27 they are payable. Do not include account numbers.)
28 _____ - none - _____

- 3 -

10. Does the complaint which you are seeking to file raise claims that have been presented in other lawsuits?   Yes ___   No ✗

Please list the case name(s) and number(s) of the prior lawsuit(s), and the name of the court in which they were filed.

n/a

I declare under the penalty of perjury that the foregoing is true and correct and understand that a false statement herein may result in the dismissal of my claims.

1/17/08                           adela A Quisitaua
DATE                              SIGNATURE OF APPLICANT

- 4 -