UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADELA QUINTANA,<br><br>        Plaintiff,<br><br>  v.<br><br>BANK OF AMERICA et al,<br><br>        Defendant. | Case Number: CV08-00382 CW<br><br>**CERTIFICATE OF SERVICE** |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on January 30, 2008, I SERVED a true and correct copy(ies) of the Order re Application to Proceed In Forma Pauperis (docket #4), by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Adela Quintana
726 MT Stakes Court
Newman, CA 95360-9505

Dated: January 30, 2008

                                        Richard W. Wieking, Clerk
                                        By: Clara Pierce, Deputy Clerk