IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ADELA QUINTANA,

    Plaintiff,

  v.

BANK OF AMERICA,

    Defendant.
                               /

No. 08-00382 CW

ORDER OF DISMISSAL

    On April 23, 2008, the Court issued an Order of Service, wherein Plaintiff was ordered to serve the summons, complaint and Amended Order Setting Case Management Conference on the Defendant by May 22, 2008.  Plaintiff was provided with instructions for service.  Failure to timely serve the Defendant would result in dismissal of this case for failure to prosecute.  The time to serve the Defendant has passed, and Plaintiff has not filed proof of service or a waiver of service signed by the Defendant. Accordingly,

    IT IS HEREBY ORDERED that the above-captioned case is dismissed without prejudice for failure to prosecute.

    7/22/08

Dated _____



_____
CLAUDIA WILKEN
United States District Judge

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

ADELA QUINTANA,

       Plaintiff,

  v.

BANK OF AMERICA et al,

       Defendant.

Case Number: CV08-00382 CW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on July 22, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Adela Quintana
726 MT Stakes Court
Newman, CA 95360-9505

Dated: July 22, 2008

                                    Richard W. Wieking, Clerk
                                    By: Sheilah Cahill, Deputy Clerk

2